**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARTHUR D'AMARIO, III,

Petitioner,

v.

U.S. BUREAU OF PRISONS,

Respondent.

Civil No. 00-2768 (ADM/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner confined at the Federal Medical Center, Rochester, Minnesota, has filed an Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent is wrongly extending his confinement.[1]

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true cause for the expected duration of Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of the expected duration of Petitioner's confinement in light of the issues raised in the Amended Petition.

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an

---

[1] Petitioner's original habeas corpus petition, (Docket No. 1), was summarily rejected by order dated January 2, 2001, (Docket No. 3), because it was not submitted on the form prescribed by local rule. Petitioner was granted leave to file an Amended Petition, and he did so on January 23, 2001. (Docket No. 5.) Therefore, the matter is now before the Court on Petitioner's Amended Petition.



FILED JAN 26 2001
...SAL, CLERK
BY ...
DEPUTY CLERK ...

evidentiary hearing on the merits of the Amended Petition, in light of the requirements of statutes and other pertinent authority; and

3. A certified copy of any court documents, prison records or other written materials that are germane to the issues raised in the Amended Petition.

The Court will entertain a motion to grant the relief requested in the Amended Petition if the written return contemplated by this Order is not timely filed.

Also before the Court at this time is Petitioner's Application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) The Court finds that Petitioner is eligible for IFP status, and his Application will therefore be GRANTED.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondent shall file a written return to Petitioner's Amended Habeas Corpus Petition consistent with the requirements of this order within 20 days from the date of this order.

**IT IS FURTHER ORDERED THAT** Petitioner's Application for leave to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: January 25th, 2001

Arthur J. Boylan
United States Magistrate Judge