ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2768 (ADM/AJB)

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III, Petitioner, | ) | |
| v. | ) | ORDER |
| U.S. BUREAU OF PRISONS, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to the Petition for Writ of Habeas Corpus pursuant to 28 U.S. C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that Respondent shall be granted until March 7, 2001, to prepare and submit its response.

Dated: 2/15/01

Arthur J. Boylan
United States Magistrate Judge

FEB 16 2001