# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Arthur D'Amario III

Plaintiff

v.

U.S. Bureau of Prisons

Defendants

Case No. Civil 00-2768 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Respondent's motion to dismiss habeas petition is granted. D'Amario's petition for writ of habeas corpus is dismissed as an abuse of the writ. D'Amario's motion for summary judgment is denied. D'Amario's motion to expedite is denied as moot. D'Amario's motion for imposition of sanctions is denied. D'Amario's motion for a protective order is denied.

DATE: December 11, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk