UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ARTHUR D'AMARIO, III,

Petitioner,

v.

U.S. BUREAU OF PRISONS,

Respondent.

Civil No. 00-2768 ADM/AJB

ORDER

---

This matter is before the Court on the motion by Petitioner, David M. Van Sickle, Attorney, to withdraw as counsel for Arthur D'Amario, III without substitution.

Good cause having been shown, the motion is granted, and David M. Van Sickle is no longer counsel of record for Mr. D'Amario.

Mr. D'Amario is pro per, at:

Arthur D'Amario, III
1488 W. Camino De La Oca
Green Valley, AZ 85614

IT IS SO ORDERED.

Dated: January 7, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JAN 07 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________